UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| UNITED STATES OF AMERICA, | Case No. 2:22-cr-00271-JAD-NJK |
|---|---|
| Plaintiff, | |
| v. | **ORDER** |
| ALEJANDRO LOPEZ-SANCHEZ, | ECF No. 19 |
| Defendant. | |

Based on the stipulation of counsel, good cause appearing, and the best interest of justice being served; the time requested by this stipulation being excludable in computing the time within which the defendant must be indicted and the trial herein must commence pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(b) and (h)(7)(A), and Federal Rule of Criminal Procedure 5.1, considering the factors under 18 U.S.C. § 3161(h)(7)(B)(i) and (iv):

IT IS THEREFORE ORDERED that the hearing for Waiver of Indictment, Filing of an Information, Initial Appearance, Arraignment and Plea and Sentencing currently scheduled for Tuesday, January 31, 2023 at 2:00 p.m., be vacated and continued to April 3, 2023, at 3:00 p.m.

DATED this 12th day of January, 2023.

_____
UNITED STATES DISTRICT JUDGE