# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ALEJANDRO LOPEZ-SANCHEZ,<br><br>Defendant. | Case No. 2:22-cr-00271-JAD-NJK<br><br>**ORDER**<br><br>ECF No. 21 |

Based on the stipulation of counsel, good cause appearing, and the best interest of justice being served; the time requested by this stipulation being excludable in computing the time within which the defendant must be indicted and the trial herein must commence pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(b) and (h)(7)(A), and Federal Rule of Criminal Procedure 5.1, considering the factors under 18 U.S.C. § 3161(h)(7)(B)(i) and (iv):

IT IS THEREFORE ORDERED that the hearing for Waiver of Indictment, Filing of an Information, Initial Appearance, Arraignment and Plea and Sentencing currently scheduled for Monday, April 3, 2023 at 3:00 p.m., be vacated and continued to June 5, 2023, at 10:30 a.m.

DATED this 13th day of March, 2023.

_____
UNITED STATES DISTRICT JUDGE